UNITED STATES BANKRUPTCY COURT

FILED
2018 AUG 23 PM 3:20

NORTHERN DISTRICT OF OHIO (CLEVELAND)

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

BANKRUPTCY PETITION #. 18-12459-aih

Debtor

THE HONORABLE JUDGE: ARTHUR I. HARRIS

Alison C. Morgan

**MOTION FOR SANCTIONS ON DEBTOR ALISON**

███-7438

**C. MORGAN FOR VIOLATION OF TITLE 41, CODE**

Trustee

**OF FEDERAL REGULATIONS, PART 102-74.420**

Richard A. Baumgart

CREDITOR'S MOTION FOR SANCTIONS AGAINST THE DEBTOR IS DENIED WITHOUT PREJUDICE TO THE U.S. MARSHAL OR OTHER AUTHORITIES TAKING WHATEVER ENFORCEMENT ACTION THEY DEEM APPROPRIATE. SEE LOCAL BANKRUPTCY RULE 5073-1, WHICH INCORPORATES LOCAL CIVIL RULE 83.1.

*[signature]*